# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3548

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Kevin McRay Smith, | * | Eastern District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: July 9, 2001
Filed: July 16, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Kevin McRay Smith appeals the sentence imposed by the district court[1] following his guilty plea to drug offenses. The district court sentenced Smith to 188 months imprisonment and 5 years supervised release. On appeal, Smith challenges the district court's finding that he was a career offender, arguing that his burglaries of commercial buildings should not be considered crimes of violence under U.S.S.G. §§ 4B1.1 and 4B1.2.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

As Smith concedes, in <u>United States v. Hascall</u>, 76 F.3d 902, 906 (8th Cir.), <u>cert. denied</u>, 519 U.S. 948 (1996), this court determined that second-degree burglary of a commercial building is a crime of violence. Smith urges us to find that <u>Hascall</u> was wrongly decided. Even if we were inclined to do so, we are not at liberty to overturn the decision; only the court sitting en banc may do so. <u>See</u> <u>United States v. Reynolds</u>, 116 F.3d 328, 329 (8th Cir. 1997) (refusing to consider argument that <u>Hascall</u> was wrongly decided).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.